**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: OLSON, GRANT | § Case No. 13-80189 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>JOSEPH D. OLSEN                    </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   327 South Church Street, Room #1100
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 09/16/2013 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  07/30/2013           By:  /s/JOSEPH D. OLSEN
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: OLSON, GRANT | § | Case No. 13-80189 |
| | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,745.54 |
| *and approved disbursements of* | $ 61.70 |
| *leaving a balance on hand of* [1] | $ 9,683.84 |
| **Balance on hand:** | $ 9,683.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | GE Capital Transportation Finance | 63,953.23 | 0.00 | 0.00 | 0.00 |
| 3 | First Community Credit Union | 5,260.18 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,683.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,724.55 | 0.00 | 1,724.55 |
| Trustee, Expenses - JOSEPH D. OLSEN | 51.55 | 0.00 | 51.55 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,079.00 | 0.00 | 1,079.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,855.10 |
| Remaining balance: | $ 6,828.74 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,828.74 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,877.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Illinois Department of Revenue | 2,877.11 | 0.00 | 2,877.11 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 2,877.11 |
| Remaining balance: | $ | 3,951.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,218.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Transport Funding LLC | 8,131.24 | 0.00 | 1,671.93 |
| 4 | WORLD'S FOREMOST BANK | 5,276.88 | 0.00 | 1,085.02 |
| 5 | Cornerstone Credit Union | 5,090.49 | 0.00 | 1,046.70 |
| 6U | Illinois Department of Revenue | 719.70 | 0.00 | 147.98 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,951.63 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By:  /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 13-80189-TML
Grant Olson                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3         User: vgossett           Page 1 of 2           Date Rcvd: Aug 12, 2013
                             Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2013.
```
db          +Grant Olson,    PO Box 61,    Eleroy, IL 61027-0061
19943315     Amazon.com,    Cardmember Services,    PO Box 15298,    Wilmington, DE 19850-5298
20029387    +Cabela's Club Visa,    World Foremost Bank,    PO Box 82619,    Lincoln, NE 68501
19943317    +First Community Credit Union,    1702 Park Avenue,    Beloit, WI 53511-3549
19943318    +Fleet One Headquarters,    613 Bakertown Road,    Antioch, TN 37013-2657
19943319    +Frederick M Becke,    218 S Ridgewood Dr,    Chillicothe, IL 61523-2218
19943320     GE Capital Transportation Finance,    PO Box 3083,    Cedar Rapids, IA 52406-3083
20511163     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
              Chicago, Illinois 60664-0338
19943321     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
19943322    +J&F Livestock Trucking, Inc,    218 S Ridgewood Dr,    Chillicothe, IL 61523-2218
19943323    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
             (address filed with court:   Snap-On Credit LLC,    PO Box 506,    Gurnee, IL 60031)
19943325    +Union Savings Bank,    223 W Stephenson St,    PO Box 540,    Freeport, IL 61032-0540
20432958     WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
19943326    +Woodford State Bank,    403 W 8th Street,    Monroe, WI 53566-1063
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19943314    +E-mail/Text: ally@ebn.phinsolutions.com Aug 13 2013 02:19:38      Ally Financial,    PO Box 380902,
              Minneapolis, MN 55438-0902
19943316    +E-mail/Text: collections@cornerstonecu.org Aug 13 2013 02:26:23      Cornerstone Credit Union,
              550 W. Meadows Drive,    Freeport, IL 61032-5072
20226365     E-mail/Text: legal@transportfunding.com Aug 13 2013 02:22:10      Transport Funding LLC,
              903 E. 104th St. #170,    KC MO 64131
19943324    +E-mail/Text: legal@transportfunding.com Aug 13 2013 02:22:10      Transport Funding,
              PO Box 7247-0360,    Philadelphia, PA 19170-0001
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19972669*   ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
             (address filed with court:   Snap-on Credit LLC,    950 Technology Way, Suite 301,
              Libertyville, IL 60048)
                                                                                  TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2013          Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett              Page 2 of 2              Date Rcvd: Aug 12, 2013
                              Form ID: pdf006             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2013 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Debtor Grant  Olson natalelaw@bjnatalelaw.com
              Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen  Schmelzle    on behalf of Creditor   Union Savings Bank schmeeze30@hotmail.com
              Trent L Bush    on behalf of Creditor   Cornerstone Credit Union bush@wmpj.com,
               teresa@wmpj.com;amber@wmpj.com
                                                                                            TOTAL: 8
```