## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: OLSON, GRANT § Case No. 13-80189
§
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

  JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $60,300.00              Assets Exempt: $8,650.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,828.74     Claims Discharged
                                               Without Payment: $40,487.44

Total Expenses of Administration: $2,916.80

---

  3) Total gross receipts of $ 9,745.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,745.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $49,843.49 | $69,213.41 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,916.80 | 2,916.80 | 2,916.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,596.81 | 2,877.11 | 2,877.11 | 2,877.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,220.76 | 19,218.31 | 19,218.31 | 3,951.63 |
| **TOTAL DISBURSEMENTS** | $78,661.06 | $94,225.63 | $25,012.22 | $9,745.54 |

4) This case was originally filed under Chapter 7 on January 21, 2013. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/22/2013          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Surplus 2011 Dodge Ram Truck | 1229-000 | 5,745.54 |
| Offset by credit union | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,745.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Capital Transportation Finance | 4110-000 | unknown | 63,953.23 | 0.00 | 0.00 |
| 3 | First Community Credit Union | 4110-000 | 5,500.00 | 5,260.18 | 0.00 | 0.00 |
| NOTFILED | Union Savings Bank | 4110-000 | 38,114.06 | N/A | N/A | 0.00 |
| NOTFILED | Woodford State Bank | 4110-000 | 6,229.43 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$49,843.49** | **$69,213.41** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,724.55 | 1,724.55 | 1,724.55 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 51.55 | 51.55 | 51.55 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,079.00 | 1,079.00 | 1,079.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.93 | 14.93 | 14.93 |
| Rabobank, N.A. | 2600-000 | N/A | 14.44 | 14.44 | 14.44 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.31 | 9.31 | 9.31 |
| Rabobank, N.A. | 2600-000 | N/A | 13.02 | 13.02 | 13.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,916.80 | $2,916.80 | $2,916.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Illinois Department of Revenue | 5800-000 | 3,596.81 | 2,877.11 | 2,877.11 | 2,877.11 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,596.81 | $2,877.11 | $2,877.11 | $2,877.11 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Transport Funding LLC | 7100-000 | unknown | 8,131.24 | 8,131.24 | 1,671.93 |
| 4 | WORLD'S FOREMOST BANK | 7100-000 | N/A | 5,276.88 | 5,276.88 | 1,085.02 |
| 5 | Cornerstone Credit Union | 7100-000 | unknown | 5,090.49 | 5,090.49 | 1,046.70 |
| 6U | Illinois Department of Revenue | 7100-000 | N/A | 719.70 | 719.70 | 147.98 |
| NOTFILED | Fleet One Headquarters | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fleet One Headquarters | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cornerstone Credit Union | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Frederick M Becke | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital Transportation Finance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Frederick M Becke | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Transport Funding | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Amazon.com Cardmember Services | 7100-000 | 10,110.38 | N/A | N/A | 0.00 |
| NOTFILED | Cabela's Club Visa World Foremost Bank | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Amazon.com Cardmember Services | 7100-000 | 10,110.38 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,220.76 | $19,218.31 | $19,218.31 | $3,951.63 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-80189  
**Case Name:** OLSON, GRANT  

**Period Ending:** 11/22/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/21/13 (f)  
**§341(a) Meeting Date:** 02/21/13  
**Claims Bar Date:** 05/31/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 221 W Main Street, Eleroy IL 61027 | 35,000.00 | 0.00 | | 0.00 | FA |
| 2 | Pearl City Bank - checking | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Elizabeth State Bank - savings | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Small complement of household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Normal complement of clothing | 250.00 | 0.00 | | 0.00 | FA |
| 6 | 2 shotguns, 1 rifle | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Oppenheimier Funds - IRA | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Local 792 Carpenters Union - pension | Unknown | 0.00 | | 0.00 | FA |
| 9 | Pepsico, Walgreens and AT&T stock | 2,100.00 | 0.00 | | 0.00 | FA |
| 10 | Possible 2012 Federal & State income tax refunds | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | J&F Livestock Trucking, Inc and /or Frederick M | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 1998 Dodge 3500 pickup | 500.00 | 0.00 | | 0.00 | FA |
| 13 | 1999 Ford Ranger | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1985 Chevy Scottsdale pickup | 50.00 | 0.00 | | 0.00 | FA |
| 15 | 1986 Ford F350 (debtor has title, but scrapped 3 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 199? Triton snowmobile trailer | 200.00 | 0.00 | | 0.00 | FA |
| 17 | 2012 Skid-doo snowmobile | 8,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2002 Kawasaki dirt bike | 700.00 | 0.00 | | 0.00 | FA |
| 19 | home computer included in household goods | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Mechanics tools used for work | 1,200.00 | 0.00 | | 0.00 | FA |
| 21 | Snap-on tool box | 5,000.00 | 0.00 | | 0.00 | FA |
| 22 | 1 dog (pet) | 25.00 | 0.00 | | 0.00 | FA |
| 23 | Surplus 2011 Dodge Ram Truck  (u) | 0.00 | 5,745.54 | | 5,745.54 | FA |
| 24 | Offset by credit union | 0.00 | 5,000.00 | | 4,000.00 | FA |
| 24 | **Assets   Totals** (Excluding unknown values) | **$60,300.00** | **$10,745.54** | | **$9,745.54** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-80189  
**Case Name:** OLSON, GRANT  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/21/13 (f)  
**§341(a) Meeting Date:** 02/21/13  

**Period Ending:** 11/22/13  
**Claims Bar Date:** 05/31/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2013    **Current Projected Date Of Final Report (TFR):** July 30, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-80189  
**Case Name:** OLSON, GRANT  
**Taxpayer ID #:** **-***4359  
**Period Ending:** 11/22/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****019666 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/13 | {23} | Ally | Surplus on sale of 2011 Dodge Ram Truck | 1229-000 | 5,745.54 | | 5,745.54 |
| 03/25/13 | {24} | Cornerstone Credit Union | recovery of offset | 1129-000 | 4,000.00 | | 9,745.54 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,735.54 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.93 | 9,720.61 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.44 | 9,706.17 |
| 06/05/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #13-80189, Bond #016018067 | 2300-000 | | 9.31 | 9,696.86 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.02 | 9,683.84 |
| 09/18/13 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,079.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,079.00 | 8,604.84 |
| 09/18/13 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $51.55, Trustee Expenses;  Reference: | 2200-000 | | 51.55 | 8,553.29 |
| 09/18/13 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,724.55, Trustee Compensation;  Reference: | 2100-000 | | 1,724.55 | 6,828.74 |
| 09/18/13 | 105 | Transport Funding LLC | Dividend paid  20.56% on $8,131.24; Claim# 2; Filed: $8,131.24; Reference: | 7100-000 | | 1,671.93 | 5,156.81 |
| 09/18/13 | 106 | WORLD'S FOREMOST BANK | Dividend paid  20.56% on $5,276.88; Claim# 4; Filed: $5,276.88; Reference: | 7100-000 | | 1,085.02 | 4,071.79 |
| 09/18/13 | 107 | Cornerstone Credit Union | Dividend paid  20.56% on $5,090.49; Claim# 5; Filed: $5,090.49; Reference: | 7100-000 | | 1,046.70 | 3,025.09 |
| 09/18/13 | 108 | Illinois Department of Revenue | Combined Check for Claims#6U,6P | | | 3,025.09 | 0.00 |
| | | | Dividend paid 20.56% on $719.70;  Claim# 6U; Filed: $719.70 | 7100-000 | 147.98 | | 0.00 |
| | | | Dividend paid 100.00% on $2,877.11;  Claim# 6P; Filed: $2,877.11 | 5800-000 | 2,877.11 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 9,745.54 | 9,745.54 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,745.54 | 9,745.54 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,745.54** | **$9,745.54** | |

{} Asset reference(s)

Printed: 11/22/2013 01:31 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-80189 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** OLSON, GRANT | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****019666 - Checking Account |
| **Taxpayer ID #:** **-***4359 | **Blanket Bond:** $820,095.60  (per case limit) |
| **Period Ending:** 11/22/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 9,745.54 | | | | | |
| | | Net Estate : $9,745.54 | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****019666** | 9,745.54 | 9,745.54 | 0.00 |
| | $9,745.54 | $9,745.54 | $0.00 |

{} Asset reference(s)

Printed: 11/22/2013 01:31 PM    V.13.13